UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NICHOLAS PARKER | * | CIVIL ACTION NO.: 22-00933 |
| | * | |
| VERSUS | * | SECTION "M" |
| | * | JUDGE BARRY W. ASHE |
| ALPHA VESSELCO LLC | * | |
| | * | DIVISION (1) |
| | * | MAGISTRATE JANIS VAN MEERVELD |

### MOTION TO TRANSFER VENUE

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Alpha VesselCo LLC, who pursuant to 28 U.S.C. §1404(a), move for an Order transferring this action to the United States District Court for the Southern District of Mississippi for the convenience of the parties and witnesses and in the interest of justice.

Respectfully submitted:

**DUNCAN & SEVIN, L.L.C.**

*/s/ Kelley A. Sevin*

_____
**ELTON F. DUNCAN, III (#14967)**
**KELLEY A. SEVIN (#25871)**
5500 Prytania St., #537
New Orleans, LA  701
Telephone: (504) 524-5566
Facsimile: (504) 524-9003
E-Mail: eduncan@duncansevin.com
E-Mail: ksevin@duncansevin.com
Attorneys for Defendant, Alpha VesselCo LLC.

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing pleading has been electronically filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record, this 26th day of July, 2022.

*/s/ Kelley A. Sevin*

_____