# U.S. District Court
## Eastern District of Louisiana (New Orleans)
## CIVIL DOCKET FOR CASE #: 2:22−cv−00933−BWA−JVM

Parker v. Alpha Vesselco LLC
Assigned to: Judge Barry W Ashe
Referred to: Magistrate Judge Janis van Meerveld
Cause: 46:30104 Marine Personal Injury

Date Filed: 04/07/2022
Date Terminated: 08/15/2022
Jury Demand: Plaintiff
Nature of Suit: 340 Marine
Jurisdiction: Federal Question

**Plaintiff**

**Nicholas Parker**     represented by     **Beth Elster Abramson**
Lewis, Kullman , Sterbcow & Abramson
Pan American Life Bldg.
601 Poydras St.
Suite 2615
New Orleans, LA 70130
504−588−1500
Fax: 504−588−1514
Email: babramson@lksalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Alan Abramson**
Lewis, Kullman , Sterbcow & Abramson
Pan American Life Bldg.
601 Poydras St.
Suite 2615
New Orleans, LA 70130
504−588−1500
Fax: 504−588−1514
Email: abramson@lksalaw.com
*ATTORNEY TO BE NOTICED*

**Paul M. Sterbcow**
Lewis, Kullman , Sterbcow & Abramson
Pan American Life Bldg.
601 Poydras St.
Suite 2615
New Orleans, LA 70130
504−588−1500
Fax: 504−588−1514
Email: sterbcow@lksalaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Alpha VesselCo LLC**     represented by

**Elton Ford Duncan , III**
Duncan & Sevin, LLC
400 Poydras St.
Suite 1200
New Orleans, LA 70130
(504) 524–5566
Fax: (504) 524–9003
Email: eduncan@duncansevin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelley A. Sevin**
Duncan & Sevin, LLC
400 Poydras St.
Suite 1200
New Orleans, LA 70130
(504) 524–5566
Email: ksevin@duncansevin.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/07/2022 | Ï 1 | SEAMAN COMPLAINT against Alpha VesselCo (Filing fee $ 402 receipt number ALAEDC−9309051) filed by Nicholas Parker. (Attachments: # 1 Civil Cover Sheet, # 2 Summons)Attorney Beth Elster Abramson added to party Nicholas Parker(pty:pla).(Abramson, Beth) Modified text on 4/8/2022 (lw). (Entered: 04/07/2022) |
| 04/07/2022 | Ï 2 | Initial Case Assignment to Judge Barry W Ashe and Magistrate Judge Janis van Meerveld. (ess) (Entered: 04/07/2022) |
| 04/07/2022 | Ï 3 | First AMENDED COMPLAINT with Jury Demand against Alpha VesselCo filed by Nicholas Parker. (Attachments: # 1 Summons Amended)(Abramson, Beth) (Entered: 04/07/2022) |
| 04/08/2022 | Ï 4 | Summons Issued as to Alpha VesselCo. (Attachments: # 1 Summons)(lw) (Entered: 04/08/2022) |
| 04/19/2022 | Ï 5 | SUMMONS Returned Executed; Alpha VesselCo LLC served on 4/11/2022, answer due 5/2/2022. (Attachments: # 1 Summons on Amended Complaint)(Abramson, Beth) Modified on 4/20/2022 (am). (Entered: 04/19/2022) |
| 05/23/2022 | Ï 6 | ANSWER to 1 Complaint, by Alpha VesselCo LLC.Attorney Kelley A. Sevin added to party Alpha VesselCo LLC(pty:dft).(Sevin, Kelley) (Entered: 05/23/2022) |
| 05/23/2022 | Ï 7 | ANSWER to 3 Amended Complaint by Alpha VesselCo LLC.(Sevin, Kelley) (Entered: 05/23/2022) |
| 06/08/2022 | Ï 8 | NOTICE of Hearing. Scheduling Conference set for 7/8/2022 10:30 AM before case manager by telephone. By Clerk. (clc) (Entered: 06/08/2022) |
| 07/18/2022 | Ï 9 | SCHEDULING ORDER: Final Pretrial Conference set for 5/2/2023 02:00 PM before Judge Barry W Ashe. Jury Trial set for 5/15/2023 09:00 AM before Judge Barry W Ashe. All discovery must be completed by 4/14/2023. Signed by Judge Barry W Ashe on 7/18/2022. (Attachments: # 1 Pretrial Notice)(clc) (Entered: 07/18/2022) |
| 07/26/2022 | Ï 10 | MOTION to Transfer Venue by Alpha VesselCo LLC. Motion(s) will be submitted on 8/11/2022. (Attachments: # 1 Memorandum in Support, # 2 Exhibit A−Declaration by Alpha Mosspoint GM, # 3 Exhibit B−Consent to Jurisdiction, # 4 Exhibit C−Declaration by Alpha Claims Manager, # 5 |

| | | |
|---|---|---|
| | | Notice of Submission)(Sevin, Kelley) Modified text on 7/27/2022 (am). (Entered: 07/26/2022) |
| 08/02/2022 | 11 | RESPONSE/MEMORANDUM in Opposition filed by Nicholas Parker re 10 MOTION to Transfer Venue . (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Abramson, Beth) (Entered: 08/02/2022) |
| 08/05/2022 | 12 | EXPARTE/CONSENT MOTION for Leave to File *Reply to Opposition to Motion to Transfer* by Alpha VesselCo LLC. (Attachments: # 1 Memorandum in Support, # 2 Proposed Order, # 3 Proposed Pleading)(Sevin, Kelley) (Entered: 08/05/2022) |
| 08/08/2022 | 13 | ORDER granting 12 Motion for Leave to File Reply. Signed by Judge Barry W Ashe on 08/08/2022. (am) (Entered: 08/08/2022) |
| 08/08/2022 | 14 | REPLY to Response to Motion filed by Alpha VesselCo LLC re 10 MOTION to Transfer Venue. (am) (Entered: 08/08/2022) |
| 08/15/2022 | 15 | ORDER AND RESONS: IT IS ORDERED that Alpha's motion to transfer (R. Doc. 10 ) is GRANTED, and this matter is TRANSFERRED to the United States District Court for the Southern District of Mississippi. Signed by Judge Barry W Ashe on 08/12/2022.(am) (Entered: 08/15/2022) |

Parker v. Alpha Vesselco LLC (2:22–cv–00933–BWA–JVM)